WILLIAM B. TOMLINSON d. b. a. *vs.* ALONZO M. DUSNEY, p. b. r.

Sussex County, Nov. Term, 1896.

**Practice. Appeal. Security for Costs.**—The statute authorizing security for costs for non-residents, does not apply to cases of appeal from Justices of the Peace, but only to suits brought in the Superior Court.

This was an application by the defendant, to compel the plaintiff below, respondent, to give security for costs, he being a non-resident.

It was held that the statute did not apply to cases of appeal, but only to such suits, brought in the Superior Court.

*Boyce, Hearn and Causey,* for the plaintiff.

*Fisher,* for the defendant.